UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MTUME,

                Plaintiff,

    v.

SONY MUSIC ENTERTAINMENT,

                Defendant.

**ORDER**

20 Civ. 8648 (ER)

RAMOS, D.J.

    The Court held a conference in this matter on April 6, 2022 at which the parties indicated that additional time was needed to move to substitute the plaintiff and complete discovery. Accordingly, the case will be stayed for 90 days, with the parties to inform the Court if discovery is completed before the end of the stay. The Clerk of Court is respectfully directed to stay the case.

    It is SO ORDERED.

Dated: April 6, 2022
       New York, New York

                                                              Edgardo Ramos, U.S.D.J.