1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711                    JENNER&BLOCK LLP

September 7, 2023

Andrew H. Bart
Tel  (212) 891-1645
Fax (212) 909-0805
ABart@jenner.com

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *McBowman v. Sony Music Entertainment* (No. 1:18-cv-06037-ER)

Dear Judge Ramos:

We represent Defendant Sony Music Entertainment in the above-captioned matter. We write on behalf of both parties to request an additional stay of this lawsuit through October 31, 2023. The parties continue to work in good faith to resolve the open issues between them, including issues pertaining to an audit of Sony's accounting records (which are outside of the scope of the pending litigation). The parties believe it is in their mutual best interest to agree to a modest, additional stay of this lawsuit to allow them to conserve resources and focus on furthering a potential resolution of this action.

This joint request for a stay through October 31, 2023 is made in good faith and not for purposes of delay. If this request is acceptable to the Court, it may obviate a need for the parties to appear for the status conference currently scheduled for this Friday, September 8, at 11 a.m.

Respectfully submitted,

/s/ *Andrew H. Bart*
Andrew H. Bart

> The requests to extend the stay in this matter and in related Case No. 20-cv-8648 are GRANTED. Both cases shall remain stayed until October 31, 2023. The parties are directed to appear at a telephonic status conference on November 1, 2023, at 11 AM. The parties shall dial 877-411-9748 and enter access code 3029857# when prompted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: September 7, 2023
> New York, New York