1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711                    **JENNER & BLOCK** LLP

May 10, 2024

Andrew H. Bart
Tel (212) 891-1645
Fax (212) 909-0805
ABart@jenner.com

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:     *McBowman v. Sony Music Entertainment* (No. 1:20-cv-08648-ER)

Dear Judge Ramos:

We represent Defendant Sony Music Entertainment in the above-captioned matter. We write on behalf of both parties to request an additional extension of the current stay period until June 10, 2024. The parties have been actively engaged in settlement discussions and made substantial progress during a settlement conference held yesterday, May 9th. The parties are finalizing attempts at settlement and request an additional 31 days to continue to work in good faith to resolve the remaining issues between them. The parties believe a modest, additional stay of this lawsuit is in their mutual best interest to allow them to conserve resources and focus on furthering a potential resolution of this action.

This joint request to extend the stay of this litigation through June 10, 2024, is made in good faith and not for purposes of delay.

Respectfully submitted,

/s/ *Andrew H. Bart*
Andrew H. Bart

> The request is granted. The stay is extended through June 10, 2024. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: May 13, 2024
> New York, New York

CHICAGO   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON, DC              WWW.JENNER.COM