1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711                             **JENNER & BLOCK** LLP

May 31, 2024

Andrew H. Bart
Tel  (212) 891-1645
Fax (212) 909-0805
ABart@jenner.com

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:    *McBowman v. Sony Music Entertainment* (No. 1:20-cv-08648-ER)

Dear Judge Ramos:

We represent Defendant Sony Music Entertainment in the above-captioned matter. We write on behalf of both parties to request a final extension of the current stay period until July 10, 2024.  The parties have been actively engaged in settlement discussions and have made substantial progress since their settlement conference on May 9th.  The parties are close to reaching a settlement agreement; however, given a trial commitment over the next couple of weeks, the parties request an additional 30 days to resolve the remaining issues between them.

This joint request to extend the stay of this litigation through July 10, 2024, is made in good faith and not for purposes of delay.

Respectfully submitted,

/s/ *Andrew H. Bart*
Andrew H. Bart

> The request is granted.  Both cases shall remain stayed until July 10, 2024.  The telephonic status conference scheduled for June 14, 2024, is adjourned to July 12, 2024, at 11:30 a.m.  The parties are reminded to dial 877-411-9748 and enter access code 3029857# when prompted.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:  June 3, 2024
> New York, New York