1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711                           **JENNER & BLOCK** LLP

August 26, 2024

Andrew H. Bart
Tel (212) 891-1645
Fax (212) 909-0805
ABart@jenner.com

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *McBowman v. Sony Music Entertainment* (No. 1:20-cv-08648-ER)

Dear Judge Ramos:

We represent Defendant Sony Music Entertainment in the above-captioned matter. We write on behalf of both parties to request an additional extension of the current stay period until October 10, 2024. We are pleased to inform the Court that, due in no small part to the patience of the Court, the parties have reached an agreement in principle. Given the complexity of the settlement, the parties request an additional 45 days to prepare and execute a final settlement agreement.

This joint request to extend the stay of this litigation through October 10, 2024, is made in good faith and not for purposes of delay. If this request is acceptable to the Court, it may obviate a need for the parties to appear for the status conference currently scheduled for Thursday, September 5, at 10:30 a.m.

Respectfully submitted,

/s/ *Andrew H. Bart*
Andrew H. Bart

---

The request to extend the stay in this matter and in related case No. 18-cv-06037 is granted. Both cases shall remain stayed until October 10, 2024. The telephonic status conference scheduled for September 5, 2024, is adjourned to October 10, 2024, at 10:00 a.m. The parties are reminded to dial 877-411-9748 and to enter access code 3029857# when prompted.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 8/27/2024
New York, New York

---