

Beacon Tower of Aventura
20200 W. Dixie Highway, Suite 602
Aventura, Florida 33180
T. 305.602.2008
F. 305.602.0225

**DAVID B. ROSEMBERG, ESQ**.
david@rosemberglaw.com

December 11, 2024

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *McBowman v. Sony Music Entertainment (Case No.: 1:18-cv-06037-ER)*
       and Case No. 1:20-cv-08648-ER

Dear Judge Ramos:

We represent Plaintiff, Greg McBowman, executor of the Estate of James Mtume.  We write on behalf of both parties to request an additional extension of the current stay period through January 31, 2025.  The parties continue to actively review and exchange draft settlement papers with the objective of executing a final set of papers as promptly as possible. Due to the complexity of the settlement, however, the parties respectfully request additional time to work through remaining drafting issues and execute a final set of papers.

This joint request to extend the stay of this litigation through January 31, 2025, is made in good faith and not for purposes of delay.  If this request is acceptable to the Court, it may obviate a need for the parties to appear for the status conference currently scheduled for December 20th at 10:00 a.m.

Respectfully submitted,

/s/ *David B. Rosemberg*
David B. Rosemberg

The request to extend the stay is granted.  The case shall remain stayed until January 31, 2025.  The telephonic status conference scheduled for December 20, 2024, is adjourned to February 6, 2025, at 11:00 a.m.  The parties are reminded to dial 877-411-9748 and to enter access code 3029857# when prompted.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: December 13, 2024
New York, New York

4904-2403-3797, v. 1

www.rosemberglaw.com